UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY NORWOOD, | ) | No. CV 09-3996-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: June 17, 2010          __/S/ ROSALYN M. CHAPMAN
                                                    ROSALYN M. CHAPMAN
                                            UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-3996.jud
6/17/10